UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MARK B. MILLIMAN,

        Plaintiff,

    v.                                      Civil Action No.  09-CV-104(A)

GC SERVICES LIMITED PARTNERSHIP,

        Defendant.
_____

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

Pursuant to Fed. R. Civ. P. 68, the Plaintiff serves written notice that the Defendant's offer of judgment annexed hereto for $5,500.00 to Plaintiff is accepted. Accordingly, Plaintiff requests the Clerk to enter judgment in favor of Plaintiff and against Defendant for $5,500.00.

Dated: July 1, 2009

                                        /s/Amanda R. Jordan____
                                        Amanda R. Jordan, Esq.
                                        Law Office of Kenneth R. Hiller
                                        *Attorneys for Plaintiff*
                                        6000 North Bailey Avenue, Suite 1A
                                        Amherst, New York 14226
                                        (716) 564-3288
                                        Email: ajordan@kennethhiller.com