AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

### WESTERN DISTRICT OF NEW YORK

Mark B. Milliman

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 09-CV-104

v.

GC Services Limited Partnership

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff and against Defendant for $5,500.00.

Date: July 6, 2009

MICHAEL J. ROEMER, CLERK

By:   s/Deborah M. Zeeb
Deputy Clerk